# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>**CHARLES DOUGLAS WUNDERLICH**<br><br>*Defendant* | ) Case 1:19-mj-235<br>) Assigned to: Magistrate Judge G. Michael Harvey<br>) Date Assigned: 09/20/2019<br>) Description: Complaint with Arrest Warrant<br>)<br>) |

## ARREST WARRANT

**FILED**
NOV 04 2019
Clerk, U.S. District and Bankruptcy Courts

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   **CHARLES DOUGLAS WUNDERLICH**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. §§ 2252(a)(2) and (b)(1) - Conspiracy to Distribute Child Pornography

Date: 09/23/2019

*Issuing officer's signature*

City and state:   Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 9/23/19, and the person was ~~arrested~~ Received on *(date)* 11/4/19
at *(city and state)* Washington DC

Date: 11/4/19

Receiving ~~Arresting~~ officer's signature

DVSM   T. Kinger 31364
*Printed name and title*